NO. _____

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

FILED IN
COURT OF CRIMINAL APPEALS
JAN 22 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 20 2015
Abel Acosta, Clerk

JAMES EARL PILAND
V.
THE STATE OF TEXAS

FROM Appeal NO. 06.14.00063-CR
TRIAL Cause NO. CR 13-214
___RUSK___ County

## FIRST MOTION FOR EXTENSION OF TIME TO FILE

TO THE HONORABLE Judges of the Court of Criminal Appeals:

Comes now, _James Earl Piland_, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In support of this motion, appellant shows the Court the following:

## I.

The Petitioner was convicted in the _4th_ District Court of ___RUSK___ County, Texas of the offense of _Assault agaist a public servat_ in Cause No. _CR 13-214_, styled STATE OF TEXAS VS, _James Earl Piland_. The Petitioner appeald to the Court of Appeals, _6th_ Appellate District of TEXAS TEXARKANA, TEXS.

The case was affirmed on _12-17-2014_.

## III.

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court Of Appeals in affirming his case until __1-7-2015__. Since that time Petitioner has been attempting to gain legal representation in this matter. His Attorney on the appeal, __Thad W. Davidson__, has informed Petitioner that he will not represent him on the Petition for Discretionary Reviw.

WHEFORE, Petitioner prays this Court Grant this Motion and extend the deadline for filing the Petition for Discretionary Review in Cause No. __CR 13-214__ to __3-17-2015__.

Petitioner, pro se
Texas Department of Criminal Justice- __James H. Byrd__ Unit
TDCJ-ID# __01919190__
__Huntsville__, __Texas__. __77320__

# USE BY INMATES IN LIEU OF SWORN DECLARATION

(a) Except as provided by Subsection (b), an unsworn declaration made as provided by this chapter by an inmate in the Texas Department of Corrections or in a county jail may be used in lieu of a written sworn declaration, verification, certification, oath, or affidavit Required by statute or required by order, or requirement adopted as provided by law,

(b) This chapter does not apply to an oath of office or an oath required to be taken before a specified official other than a notary public

An unsworn declaration made under this capter must be:

(1) In writing: and
(2) Subscribed by the person making the declaration as true under penalty of perjury. Added by Acts 1987, 70th Leg., ch, 1049, Sec. 6D, eff. Sept. 1, 1987

The form of a declaration under this chapter must be substantially as follows:

"I James Earl Piland #01919190, being presently incarcerated in James H. Byrd Unit in Huntsville Texas, declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8th, 2015

_James E. Piland_
Signature